**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Hendrix Farming LLC                              Case no. 23-13663 - JDW

Debtor(s) In Possession                                   Chapter 11

---

**UNITED STATES TRUSTEE'S RESPONSE**
**TO DEBTOR'S MOTION TO SELL REAL PROPERTY**
**OUTSIDE THE ORDINARY COURSE OF BUSINESS**
**FREE AND CLEAR OF LIENS**
**[DKT. 97]**

---

Comes now, David W. Asbach., the Acting United States Trustee for Region 5 "UST," by and through undersigned counsel, and files this response to Debtor's Motion to Sell 346.66 acres on Wilson Golden Road Outside the Ordinary Course of Business and Free and Clear of Liens [DKT. NO. 97] and in support thereof will show unto the court as follows, to-wit:

I.

The debtor shall ensure compliance with Rule 6004(f) of the Fed. R. Bank. P., and file a report of sale itemizing property sold, the name of the purchaser, and the price received upon the completion of the sale.

II.

Any and all proceeds from the sale should be placed in an interest bearing bank account, in compliance with the U.S. Trustee Operating Guidelines and Reporting Requirements for Region 5, and reported accordingly in the debtor's monthly operating reports.

III.

Furthermore, any and all proceeds from the sale shall not be disbursed absent court approval.

WHEREFORE, PREMISES CONSIDERED, the UST submits this response to the debtor's motion to sell property free and clear of liens [DKT. 97] and prays for general relief to which entitled in these premises.

                                             Respectfully submitted,

                                             David W. Asbach,
                                             Acting United States Trustee
                                             Region 5, Judicial Districts of
                                             Louisiana and Mississippi

by:   */s/ Sammye S. Tharp*
        Sammye S. Tharp,
        Trial Attorney

Sammye S. Tharp, Trial Attorney
United States Trustee, Region 5
U.S. Department of Justice
501 East Court Street, Suite 6-430
Jackson, MS 39201
Telephone no. (601)965-4142
Miss. Bar no. 10016

## CERTIFICATE OF SERVICE

I, Sammye S. Tharp, do hereby certify that a true and exact copy of the foregoing Response to debtor's Motion to Sell has been tendered to the individual(s) listed below by U. S. Mail, postage prepaid, this the 22nd day of April, 2024.

    Craig M. Geno, Esq.
    cmgeno@cmgenolaw.com

    Robert Byrd, Esq.
    rab@byrdwiser.com

    */s/ Sammye S. Tharp*
    Sammye S. Tharp