IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | HENDRIX FARMING, LLC | CHAPTER 11 |
| | Debtor | CASE NO. 23-13663-JDW |

## AMENDED BALLOT SUMMARY AND CERTIFICATION

I, Craig M. Geno, counsel of record for Hendrix Farming, LLC, do hereby certify that the ballots attached hereto and filed herewith are true and correct copies of the original ballots received and that the summary of the ballots tally is a true and accurate reflection of the acceptances and rejections actually cast in this case with respect to the Debtor's *Subchapter V Plan of Reorganization* [DK #79].

| BALLOT SUMMARY BY CLAIM | | | |
|---|---|---|---|
| Name (Alphabetized) | Class | Allowed Amount | Vote |
| Arvest Equipment Finance | 3 | $64,816.63 | Accepts |
| Diversified Financial Services, LLC | 5 | $76,039.39 | Rejects |
| Guaranty Bank & Trust Co. | 7 | $2,259,344.56 | Rejects |

| BALLOT SUMMARY BY CLASS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Class | Total # | Total $ Amount | Total # of Yes/No | | Total $ Amount by Yes/No | | Class Vote |
| | | | Yes | No | Yes | No | |
| 3 | 1 | $64,816.63 | 1 | 0 | $64,816.63 | $0.00 | 100% Accepts |
| 5 | 1 | $76,039.39 | 0 | 1 | $0.00 | $76,039.39 | 0% Accepts |
| 7 | 1 | $2,259,344.56 | 0 | 1 | $0.00 | $2,259,344.56 | 0% Accepts |

(Attach copies of ballots)

THIS, the 23rd day of April, 2024.

        Respectfully submitted,

        HENDRIX FARMING, LLC

        By Its Attorneys,

        LAW OFFICES OF CRAIG M. GENO, PLLC

By: /s/ Craig M. Geno
     Craig M. Geno

(Attach copies of ballots)      -2-

CM/ECF sVballot
(02/06/20)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re: Hendrix Farming, LLC
Debtor(s)

Case No.: 23-13663-JDW
Chapter: 11
Judge: Jason D. Woodard

### BALLOT FOR ACCEPTING OR REJECTING PLAN

Order and Notice Under Subchapter V of Chapter 11 Fixing: (1) 1111(b) Election Deadline; (2) Record Holder Deadline; (3) Voting Deadline; (4) Plan Objection Deadline; and (5) Confirmation Hearing Date (Re: 79 Chapter 11 Small Business Subchapter V Plan filed by Debtor Hendrix Farming, LLC). Confirmation hearing to be held on 4/18/2024 at 10:30 AM at Oxford Federal Building. Last Day to Object to Confirmation 4/2/2024. Ballots Due 4/2/2024. Entered on Docket by: (MDH)

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim/equity interest has been placed in the class shown in your copy of the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

[If the voter is the holder of a secured, priority, or unsecured nonpriority claim:]
The undersigned, the holder of a Class [ 3 ] claim against the Debtor in the unpaid amount of $ 64,816.63 .

[or, if the voter is the holder of a bond, debenture, or other debt security:]
The undersigned, the holder of a class [   ] claim against the Debtor, consisting of $_____ principal amount of [describe bond, debenture, or other debt security] _____ of the Debtor (For purposes of this Ballot it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

[or, if the voter is the holder of an equity interest:]
The undersigned, the holder of Class [   ] equity interest in the Debtor, consisting of _____ shares or other interests of [describe equity interest] _____ in the Debtor.

[Check One Box Only]        [X] ACCEPTS        [ ] REJECTS

Dated: 4/15/2024

Print/Type Individual or Corporate Name: Arvest Equipment Finance
Pamela R. Putnam
Signature: Pamela R. Putnam
Title (if corporation or partnership): Attorney for Arvest
Address: 4600 Madison Ave., Ste. 1000
Kansas City, MO 64112

RETURN THIS BALLOT ON OR BEFORE 4/2/24 TO:
Attorney for Debtor or Designated Agent for Debtor listed below:

Craig M. Geno
587 Highland Colony Parkway
Ridgeland, MS 39157

CM/ECF sVballot
(02/06/20)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re: Hendrix Farming, LLC  )  Case No.: 23-13663-JDW
Debtor(s)                    )  Chapter: 11
                             )  Judge: Jason D. Woodard
                             )
                             )

## BALLOT FOR ACCEPTING OR REJECTING PLAN

Order and Notice Under Subchapter V of Chapter 11 Fixing: (1) 1111(b) Election Deadline; (2) Record Holder Deadline; (3) Voting Deadline; (4) Plan Objection Deadline; and (5) Confirmation Hearing Date (Re: 79 Chapter 11 Small Business Subchapter V Plan filed by Debtor Hendrix Farming, LLC). Confirmation hearing to be held on 5/14/2024 at 10:00 AM at Cochran U.S. Bankruptcy Courthouse. Last Day to Object to Confirmation 4/15/2024. Ballots Due 4/15/2024. Entered on Docket by: (AOH)

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim/equity interest has been placed in the class shown in your copy of the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

[If the voter is the holder of a secured, priority, or unsecured nonpriority claim:]
The undersigned, the holder of a Class [ 5 ] claim against the Debtor in the unpaid amount of $ 76,039.39 .

[or, if the voter is the holder of a bond, debenture, or other debt security:]
The undersigned, the holder of a class [   ] claim against the Debtor, consisting of $_____ principal amount of [describe bond, debenture, or other debt security] _____ of the Debtor (For purposes of this Ballot it is not necessary and you should not adjust the principal amount for any accured or unmatured interest.)

[or, if the voter is the holder of an equity interest:]
The undersigned, the holder of Class [   ] equity interest in the Debtor, consisting of _____ shares or other interests of [describe equity interest] _____ in the Debtor.

[Check One Box Only]          [ ] ACCEPTS              [X] REJECTS

Dated: 4/11/25

Print/Type Individual or Corporate Name: Diversified Financial Services, LLC
Michael J. Whaley
Signature: M. Whaley  its Atty
Title (if corporation or partnership): Attorney For Client
Address: 12910 Pierce Street, Suite 200
Omaha, NE 68144

RETURN THIS BALLOT ON OR BEFORE 4/15/24 TO:
Attorney for Debtor or Designated Agent for Debtor listed below:

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157

CM/ECF sVballot
(02/06/20)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Hendrix Farming, LLC )   Case No.: 23-13663-JDW
Debtor(s) )   Chapter: 11
)   Judge: Jason D. Woodard
)
)

## BALLOT FOR ACCEPTING OR REJECTING PLAN

Order and Notice Under Subchapter V of Chapter 11 Fixing: (1) 1111(b) Election Deadline; (2) Record Holder Deadline; (3) Voting Deadline; (4) Plan Objection Deadline; and (5) Confirmation Hearing Date (Re: 79 Chapter 11 Small Business Subchapter V Plan filed by Debtor Hendrix Farming, LLC). Confirmation hearing to be held on 5/14/2024 at 10:00 AM at Cochran U.S. Bankruptcy Courthouse. Last Day to Object to Confirmation 4/15/2024. Ballots Due 4/15/2024. Entered on Docket by: (AOH)

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim/equity interest has been placed in the class shown in your copy of the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

[If the voter is the holder of a secured, priority, or unsecured nonpriority claim:]
The undersigned, the holder of a Class [ 7 ] claim against the Debtor in the unpaid amount of $ 2,259,344.56

[or, if the voter is the holder of a bond, debenture, or other debt security:]
The undersigned, the holder of a class [   ] claim against the Debtor, consisting of $_____ principal amount of [describe bond, debenture, or other debt security] _____ of the Debtor (For purposes of this Ballot it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

[or, if the voter is the holder of an equity interest:]
The undersigned, the holder of Class [   ] equity interest in the Debtor, consisting of _____ shares or other interests of [describe equity interest] _____ in the Debtor.

[Check One Box Only]   [ ] ACCEPTS     [✓] REJECTS
Dated: 4-9-24
Print/Type Individual or Corporate Name: GUARANTY BANK & TRUST CO
Signature: [signature]
Title (if corporation or partnership): SENIOR VICE PRESIDENT
Address: P.O. DRAWER 657
BELZONI, MS 39038

RETURN THIS BALLOT ON OR BEFORE 4/15/24 TO:
Attorney for Debtor or Designated Agent for Debtor listed below:

Craig M. Geno
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157